**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DARLENE-MIRANDA BURROUGHS,

   Plaintiff,

v.

              Civil Action No. 19-1700 (UNA)

UNITED STATES GOVERNMENT, *et al.*,

   Defendants.

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court notes that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that various federal, state and local government entities have violated her First, Fourth, Sixth, Seventh, Eighth and Fourteenth Amendment rights. She also alleges that she has been threatened and attempts have been made on her life. Missing from the complaint, however, are factual allegations to establish a basis for the Court's jurisdiction and to state a viable legal claim. As drafted, the complaint fails to meet the standard set forth in Rule 8(a), and therefore, it must be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: July 8, 2019

_____
United States District Judge